IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHERSBY DEVELOPMENT CORPORATION, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | No: 2:09-cv-00208-ARH |
| v. | ) ) | **MAGISTRATE JUDGE CATHY BISSOON** |
| BOROUGH OF JEFFERSON HILLS, and WILLIAM L. McVICKER, in his individual and official capacity, | ) ) ) ) | **FILED ELECTRONICALLY** |
| Defendants. | ) ) ) ) ) | **JURY TRIAL DEMANDED** |

### ORDER

AND NOW, to wit, this _____ day of _____, 2011, upon consideration of the foregoing Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) filed by Defendant Borough of Jefferson Hills, it is hereby ORDERED that said Motion is granted. Defendant's responses to Plaintiff's "First Set of Interrogatories and Requests for Production of Documents Directed to Defendant Borough of Jefferson Hills" are due on or before February 19, 2011.

BY THE COURT:

_____
J.