IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHERSBY DEVELOPMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOROUGH OF JEFFERSON HILLS AND WILLIAM L. McVICKER, in his individual and official capacity,<br><br>　　　　Defendants. | No. 2:09-cv-00208-MPK<br><br>MAGISTRATE JUDGE MAUREEN P. KELLY<br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br><br>ELECTRONICALLY FILED<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW APPEARANCE
## OF JAMES D. MILLER, ESQUIRE

AND NOW, comes the plaintiff, SOUTHERSBY DEVELOPMENT CORPORATION, by its counsel, PAUL R. ROBINSON, ESQUIRE and MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C., filing its motion to withdraw the appearance of James D. Miller, Esquire, averring as follows:

1.　James D. Miller, Esquire of Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C. is listed as co-counsel of record for the plaintiff, Southersby Development Corporation.

2.　James D. Miller, Esquire is leaving the employment of Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C. as of August 4, 2011.

3.　James D. Miller, Esquire will no longer be acting as co-counsel for the plaintiff in this matter.

P0946147 1

WHEREFORE, Southersby Development Corporation respectfully request that this Honorable Court grant this motion and order the appearance of James D. Miller, Esquire withdrawn as counsel of record for the plaintiff. A proposed order is attached.

> Respectfully submitted,
>
> MEYER, DARRAGH, BUCKLER,
> BEBENEK & ECK, P.L.L.C.
>
> By: /s/ Paul R. Robinson
> PAUL R. ROBINSON, ESQUIRE
> Counsel for Southersby Development Corporation
>
> U.S. Steel Tower, Suite 4850
> 600 Grant Street
> Pittsburgh, PA  15219
> (412) 261-6600
> (412) 471-2754 - Fax
> Email:  probinson@mdbbe.com

## PROOF OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

| | |
|---|---|
| _____ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail - Return Receipt Requested |
| _____ | Hand Delivery |
| _____ | Facsimile Transmission |
| _____ | Overnight Delivery |
| __X__ | Electronic Mail |

at the following address:

Suzanne B. Merrick, Esquire
Thomas, Thomas & Hafer, LLP
One Oxford Centre
301 Grant Street, Suite 1150
Pittsburgh, PA 15219
(Counsel for Borough of Jefferson Hills)

Philip Sbrolla, Esquire
Carolyn C. Batz, Esquire
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
(Counsel for Willliam L. McVicker)

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

Date: August 4, 2011    /s/ Paul R. Robinson
PAUL R. ROBINSON, ESQUIRE

P0946147.1