IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHERSBY DEVELOPMENT CORPORATION, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) ) | No: 2:09-cv-00208 |
| v. | ) ) | **MAGISTRATE JUDGE MAUREEN P. KELLY** |
| BOROUGH OF JEFFERSON HILLS, and WILLIAM L. McVICKER, in his individual and official capacity, | ) ) ) ) ) | FILED ELECTRONICALLY |
| Defendants. | ) ) | **JURY TRIAL DEMANDED** |

### STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that Plaintiff's claims against Defendants the Borough of Jefferson Hills and William L. McVicker in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| **MEYER, DARRAGH, BUCKLER BEBENEK & ECK** | **THOMAS, THOMAS & HAFE, LLP** |
| By: */s/ Paul R. Robinson* <br> Paul R. Robinson, Esquire <br> Pa. ID# 65581 <br> Edward Brandenstein, Esquire <br> Pa. ID# 73672 <br> 600 Grant Street <br> U.S. Steel Tower, Suite 4850 <br> Pittsburgh, PA  15219 <br> (412) 553-7037 <br> Counsel for Plaintiff | By: */s/ Suzanne B. Merrick* <br> Suzanne B. Merrick, Esquire <br> Pa. ID# 47724 <br> Jeffrey D. Truitt, Esquire <br> Pa. ID# 309037 <br> One Oxford Centre <br> 301 Grant Street <br> Suite 1150 <br> Pittsburgh, PA  15219 <br> (412) 697-7403 <br> Counsel for Defendant Borough of Jefferson Hills |

1054849-1

**CIPRIANI & WERNER, P.C.**

By: <u>/s/ Philip J. Sbrolla</u>
    Philip J. Sbrolla, Esquire
    Pa. ID# 90231
    Carolyn Batz McGee, Esquire
    Pa. ID# 208815
    650 Washington Road, Suite 700
    Pittsburgh, PA 15228
    (412) 563-2500
    Counsel for Defendant
    William L. McVicker

## **ORDER**

AND NOW, this _____ day of _____, 2012, IT IS SO ORDERED.

_____
Maureen P. Kelly, Magistrate Judge

1054849-1