IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHERSBY DEVELOPMENT CORPORATION, ) | CIVIL DIVISION |
| ) | |
| Plaintiff, ) | No: 2:09-cv-00208 |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | MAUREEN P. KELLY |
| BOROUGH OF JEFFERSON HILLS, and ) | |
| WILLIAM L. McVICKER, in his individual ) | FILED ELECTRONICALLY |
| and official capacity, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |
| ) | |

### STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that Plaintiff's claims against Defendants the Borough of Jefferson Hills and William L. McVicker in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| MEYER, DARRAGH, BUCKLER BEBENEK & ECK | THOMAS, THOMAS & HAFE, LLP |
| By: /s/ Paul R. Robinson | By: /s/ Suzanne B. Merrick |
| Paul R. Robinson, Esquire | Suzanne B. Merrick, Esquire |
| Pa. ID# 65581 | Pa. ID# 47724 |
| Edward Brandenstein, Esquire | Jeffrey D. Truitt, Esquire |
| Pa. ID# 73672 | Pa. ID# 309037 |
| 600 Grant Street | One Oxford Centre |
| U.S. Steel Tower, Suite 4850 | 301 Grant Street |
| Pittsburgh, PA  15219 | Suite 1150 |
| (412) 553-7037 | Pittsburgh, PA  15219 |
| Counsel for Plaintiff | (412) 697-7403 |
| | Counsel for Defendant |
| | Borough of Jefferson Hills |

1054849-1

CIPRIANI & WERNER, P.C.

By: /s/ Philip J. Sbrolla
 Philip J. Sbrolla, Esquire
 Pa. ID# 90231
 Carolyn Batz McGee, Esquire
 Pa. ID# 208815
 650 Washington Road, Suite 700
 Pittsburgh, PA 15228
 (412) 563-2500
 Counsel for Defendant
 William L. McVicker

### ORDER

AND NOW, this 2nd day of March, 2012, IT IS SO ORDERED.

_____
Maureen P. Kelly, Magistrate Judge

1054849-1